Jennie H. Richardson, Appellant, vs. Louise DeWitt and William R. DeWitt, Her Husband, Emile Aubert, Julius B. E. Kottmeier and Wilhelmine T. V. Kottmeier and Charles D. L. Kottmeier and Blanche A. C. Kottmeier, Infants, by their guardian *ad litem* John S. Maxwell, Appellees.

## DIVISION A.

Appeal from Circuit Court, Duval county; Rhydon M. Call, Judge.

---

Memorandum Decisions.

---

*Geo. U. Walker* and *D. U. Fletcher,* for Appellants.

*A. W. Cockrell & Son,* for Appellees.

The bill in this cause was filed by the appellant against the appellees. There was decree for the defendants, and the complainant appeals. The decree is affirmed.